# AGNETHE C. ANDERSON v. F. W. MEYER and Another.[1]

January 29, 1915.

Nos. 18,981–(191).

**Notice to quit sufficient.**

Action of unlawful detainer. *Held*: A month's notice to quit premises leased from month to month entitled plaintiff to possession. [Reporter.]

Action in justice court for forcible entry and unlawful detainer. From a judgment in favor of defendants, plaintiff appealed to the district court for Goodhue county, where the appeal was heard before Johnson, J., who made findings and ordered judgment in favor of plaintiff. From the judgment entered pursuant to the order for judgment, defendants appealed. Affirmed.

*A. J. Rockne,* for appellant.

*Lind, Ueland & Jerome,* for respondent.


PER CURIAM.

Action of unlawful detainer commenced before a justice of the peace and tried *de novo* upon appeal to the district court, where there was judgment for the plaintiff for restitution from which the defendants appeal.

The evidence is not before us. The findings are inconsistent; but upon a consideration of them we think it must be held that the plaintiff, who took title by descent in 1910, at which time the defendants were holding over after the expiration of a leasehold interest, thereafter and in 1911 made a lease to the defendants of certain premises, including a part of the premises leased them by her ancestor, and certain premises additional thereto, at an increased rental, this lease being from month to month. A month's notice to quit was given and this entitled the plaintiff to possession.

Judgment affirmed.


[1]Reported in 150 N. W. 1102.